**FILED**
Sep 28, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LUKE BURROUGHS,<br><br>   Defendant. | CASE NO. 2:20-mj-0148 AC<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

Dated: September 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE