| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 02, 2020<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA, | Case No.  2:20MJ00148-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| LUKE BURROUGHS, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __LUKE BURROUGHS__ ,

Case No.  __2:20MJ00148-AC__  Charge __18USC § 1956(a)(3)(B)__ , from custody for the following reasons:

       _____   Release on Personal Recognizance

       _____   Bail Posted in the Sum of $ _____

       __xx__   Unsecured Appearance Bond $  50,000.00

       _____   Appearance Bond with 10% Deposit

       _____   Appearance Bond with Surety

       _____   Corporate Surety Bail Bond

       __X__   (Other):  __Pretrial conditions as stated on the record.__

Issued at Sacramento, California on October 02, 2020 at 2:00

By:  *Allison Claire*

Magistrate Judge Allison Claire